**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Carlton E. SAMUELS, Jr.,
Defendant-Appellant.**

No. 16-2525

United States Court of Appeals,
Eighth Circuit.

Submitted: December 22, 2016

Filed: January 4, 2017

Anita L. Burns, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Carlton E. Samuels, Jr., Forrest City, AR, pro se.

Alison D. Dunning, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

After pleading guilty to being a felon in possession of a firearm, Carlton Samuels appeals the district court's [1] within-Guidelines sentence. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred by imposing an unreasonable sentence, and that Samuels received ineffective assistance of counsel when counsel failed to object to the 4-level enhancement for using or possessing the firearm in connection with another felony offense. Samuels has filed a motion making the same ineffective-assistance argument and a letter arguing that police did not have a proper search warrant when they discovered the firearm.

We conclude that the sentence was not substantively unreasonable. A sentence within the advisory guideline range is presumed reasonable, *see United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014), and the court imposed the sentence after considering the 18 U.S.C. § 3553(a) factors, *see United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009). To the extent Samuels is attempting to assert a Fourth Amendment claim on appeal, his valid guilty plea waived such a claim. *See United States v. Arrellano*, 213 F.3d 427, 430 (8th Cir. 2000). The district court's application of a four-level increase under USSG § 2K2.1(b)(6)(B) was supported by the evidence. We deny the ineffective-assistance claim, as such claims are best litigated in collateral proceedings. *See United States v. Ramirez–Hernandez*, 449 F.3d 824, 826–27 (8th Cir. 2006). Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues for appeal.

Accordingly, we affirm the district court, grant counsel's motion to withdraw, and deny Samuels's motion.

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.